THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN SANACORY, Appellant.

(Submitted October 6, 1936; decided October 20, 1936.)

*John Sanacory,* in person, for appellant.

*Walter A. Ferris, District Attorney (William F. Horan* of counsel), for respondent.

Judgment affirmed, no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.